UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIDFIRST BANK,

       Plaintiff,                      Case No. 1:13-cv-278

v.                                    HON. JANET T. NEFF

WILLIE C. MCGHEE, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action. Plaintiff filed a Motion to Dismiss Purported Counter-Complaint and Remand Balance of Action to State Court (Dkt 8). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 12, 2013, recommending that Plaintiff's motion be granted and this matter be remanded to the Kalamazoo County 8th District Court. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 9) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss Purported Counter-Complaint and Remand Balance of Action to State Court (Dkt 8) is GRANTED and this matter is REMANDED to the Kalamazoo County 8th District Court for the reasons stated in the Report and Recommendation.

Dated: August 5, 2013                          /s/Janet T. Neff
                                                         JANET T. NEFF
                                                         United States District Judge